UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:18-CR-118 |
| | ) | |
| JAMES BRANTLEY | ) | |

## ORDER

Before the Court is the defendant's motion to continue the sentencing hearing and related deadlines in this matter, [Doc. 15]. Based on the representations made in the defendant's motion, it is hereby **ORDERED** that the motion is **GRANTED**. The sentencing hearing is **CONTINUED** to commence on June 17, 2019 at 9:00 a.m. Further, the parties shall file their sentencing memoranda on or before June 3, 2019.

The presentence investigation report ("PSR") in this case was disclosed to the parties on December 28, 2018, [Doc. 11]. The Court's prior order continued the deadline to file objections to the PSR to March 8, 2019. The Court finds that there is little justification for continuing the deadline to file objections to the PSR even further. Indeed, the parties still have roughly a month to review the PSR and determine if they object to any of its contents. However, to ensure that the parties have ample time to consider the PSR, the Court will extend the deadline to file objections to the PSR to April 8, 2019. This will be the final extension of time to file objections to the PSR in this matter.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE