UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:18-CR-118 |
| v. | ) | JUDGE GREER |
| | ) | |
| JAMES BRANTLEY | ) | |

### MOTION TO CONTINUE SENTENCING

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and moves the Court to continue for 30 days the sentencing in the above-captioned matter, which is currently set for June 17, 2019. This is the United States' second motion for continuance in this matter.

The United States and the defendant have jointly discovered and identified what they believe to be errors in the Presentence Investigation Report (PSR), filed as Document 11. The United States submits that these errors, when corrected, will have the effect of reducing the total offense level of the defendant. It is in the interests of the defendant and in the interests of justice that the date of the sentencing hearing be continued so that the PSR may be amended, and the United States and the defendant may attempt to reach a proper understanding of the appropriate offense levels and file any objections prior to the sentencing of the defendant.

Therefore the United States also requests that the Court continue the sentencing as well as all related filing deadlines, including the deadlines for filing the Sentencing Memorandum and Objections to the amended Presentence Report. Counsel for the defendant is in agreement and has no objection to this motion.

Respectfully submitted, this the 30th day of May, 2019,

                                    J. DOUGLAS OVERBEY
                                    United States Attorney

By:   *s/Timothy C. Harker*
        TIMOTHY C. HARKER
        Assistant United States Attorney
        220 W Depot Street, Suite 423
        Greeneville, TN 37743
        423/ 639-6759
        Timothy.Harker@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2019, the foregoing motion was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Counsel not indicated on the court's EFS will be served by regular U.S. Mail, postage prepaid.

      By:   *s/Timothy C. Harker*
           Timothy C. Harker
           Assistant United States Attorney